OCTOBER AND NOVEMBER TERM, 1881, No. 139.

## Hemphill's Appeal.

The act of March 31st, 1860, sec. 33, P. L., p. 439, which provides that no indictment or proceeding thereon shall be removed from the Quarter Sessions to the Supreme Court by certiorari or writ of error, without a special allowance by the Supreme Court or one of its judges, applies to an appeal from a decree of the Quarter Sessions granting an attachment for non-compliance with an order for the support of a bastard child by a defendant convicted of fornication and bastardy.

[Hemphill's Appeal.]

CERTIORARI sur appeal from the decree of the Court of Quarter Sessions of *Allegheny County*, making absolute a rule to show cause why an attachment should not issue against the defendant for non-payment of weekly dues under an order of the Court.

The defendant, Robert W. Hemphill, was indicted at March Sessions, 1879, for fornication and bastardy, the prosecutrix being Elizabeth Fleming.

He was found guilty, and May 6th, 1879, the Court sentenced him to pay a fine of $25 and costs, to pay the prosecutrix $50 dollars for lying-in expenses, $25 for the support of the child from birth, and $2 per week for five years.

December 24th, 1880, Edward S. Tice presented a petition setting forth that $208 were due to the prosecutrix, under the above order, and asking for an attachment.

The defendant answered that in pursuance of the conviction he was imprisoned for three months, and that on the 20th of December, 1879, he was finally and fully discharged, under the insolvent laws, from all debts, including the above verdict.

The Court below, WHITE, J., made the rule for an attachment absolute.

The defendant then, but without a special allowance by the Supreme Court or any of the judges, took out a writ of certiorari, assigning as error the above ruling of the Court below.

*W. C. Moreland* for the appellant.

*G. W. McLean* and *Robb & Fitzsimmons* for the appellees.

OCTOBER 24TH, 1881.—PER CURIAM: The act of Assembly of March 31st, 1860, sec. 33, Pamphlet Laws, 439, has enacted that no indictment or proceeding thereon shall be removed from the Quarter Sessions to the Supreme Court, by either certiorari or writ of error, without a special allowance, either by the Supreme Court or one of the judges thereof. Neither of the writs in these cases was specially allowed, and we think they were ineffectual to remove the case.

Writ of error and certiorari quashed.